# SEDDIGH ARBETTER LLP

GOLDEN BOY BUILDING
626 WILSHIRE BLVD., SUITE 410
LOS ANGELES, CA 90017

TELEPHONE: (213) 816-0008
FACSIMILE: (213) 816-0009

| 122 S. MICHIGAN AVE., SUITE 1390 | 26 BROADWAY, SUITE 934 |
| CHICAGO, IL 60603 | NEW YORK, NY 10004 |
| TELEPHONE: (312) 820-1088 | TELEPHONE: (212) 655-0525 |
| FACSIMILE: (312) 820-1089 | FACSIMILE: (212) 655-0526 |

WRITER'S DIRECT DIAL NUMBER
(714) 348-1077

*Frank Seddigh, Esq.*
*Alicia Veglia, Esq.*
Los Angeles (Wilshire) Office
fs@sedbetter.com
av@sedbetter.com

September 30, 2024

<u>*Via Electronic Mail Only*</u>

Scott H. Bauman
SVP, Litigation Counsel
Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404-3506
scott.bauman@umusic.com

         Re   *Limp Bizkit and Flawless Records*
              Notice of Rescission

Dear Mr. Bauman,

     As you are aware, this law firm is legal counsel to Limp Bizkit, William Fred Durst and Flawless Records, LLC.  With respect to (i) that certain Recording Agreement, dated December 1, 2000, between Limp Bizkit and UMG (as successor-in-interest to Interscope Records), as amended (the "Recording Agreement"); (ii) that certain Agreement between Limp Bizkit and Flip Records, Inc., dated July 1996, as amended ("Flip Agreement"); and (iii) that certain First Look Agreement between Flawless Records, LLC (as successor-in-interest to Fred Durst, Inc.) and UMG (as successor-in-interest to Interscope Records) entered into on June 28, 1999 (the "Flawless Agreement"), Limp Bizkit, Mr. Durst  and Flawless Records, LLC ("Flawless Records") **HEREBY PROVIDE THE FOLLOWING NOTICE TO UNIVERSAL MUSIC GROUP, INC. ("UMG") EFFECTIVE IMMEDIATELY:**

1. Limp Bizkit, Mr. Durst and Flawless Records hereby rescind the entirety of the Flip Agreement, the Recording Agreement and the Flawless Agreement, in accordance with Cal. Civ. Code §§ 1688, 1689, 1691 and common law, including but not limited to *Rano v. Sipa Press, Inc.*, 987 F.2d 580, 586 (9th Cir.1993) (recognizing that a material breach of licensing agreement justifies rescission, and that subsequent use constitutes copyright infringement.)

2. Limp Bizkit and Flawless Records agree to restore to UMG everything of value which they have received from UMG under the Flip Agreement, the Recording Agreement and the Flawless Agreement, upon condition that the other party do likewise (meaning that UMG must return all benefits, i.e. profits, received thereunder).

3. The unilateral rescission of the Flip Agreement, the Recording Agreement and the Flawless Agreement is therefore complete upon service of this notice, subject to the authority of the Court to award relief related thereto pursuant to Cal. Civ. Code § 1692, and any other available relief.

**PLEASE BE FURTHER ADVISED** that, unless you confirm your acceptance of the rescission of the Flip Agreement, the Recording Agreement and the Flawless Agreement, by no later than October 7, 2024 at 5:00 p.m. PST, Limp Bizkit, Mr. Durst, and Flawless Records will proceed with an action in Court pursuant to Cal. Civ. Code § 1692, and seek all available remedies.

**YOU ARE ON FURTHER NOTICE** that, in light of the foregoing rescission, any further use, sale, or distribution of any of Limp Bizkit's Master Recordings, or the Master Recordings for any Flawless Records artists will constitute copyright infringement, and Limp Bizkit, Mr. Durst, and Flawless Records will promptly take legal action in relation to any such infringement.

Limp Bizkit, Mr. Durst and Flawless Records expressly reserve, without waiver, all rights, claims, defenses, objections, or remedies, at law or in equity, that they may have.

Sincerely yours,
SEDDIGH ARBETTER, LLP

*/s/ Frank Seddigh,*
Attorneys for Limp Bizkit, Mr. Durst,
and Flawless Records