UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8630 PA (AJRx) | Date | May 13, 2025 |
|---|---|---|---|
| Title | William Durst, et al. v. Universal Music Group, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **IN CHAMBERS — COURT ORDER**

The Court has reviewed the parties Federal Rule of Civil Procedure 26(f) Joint Report. The Court vacates the Scheduling Conference previously set for May 26, 2025.

According to the Rule 26(f) Joint Report, the parties propose discovery, motion cutoff, and trial dates beginning on an unspecified date no earlier than 90 days after final resolution of plaintiffs' state law rescission claim. Previously, defendants had filed a Motion to Stay, to which plaintiffs filed an Opposition. Defendants then withdrew their Motion to Stay. It is unclear how the parties' scheduling proposal contained in their Rule 26(f) Joint Report differs in any practical way from a stay. Nevertheless, based on the Rule 26(f) Joint Report's scheduling proposal, which includes the parties' stated intent to first resolve the state law rescission claim before proceeding with this action, the Court orders the parties to show cause in writing why this action should not be administratively closed pending resolution of the state law rescission claim. If the Court administratively closes the action, either party may seek to have the Court restore the matter to its active calendar through the filing of a noticed motion. Should the Court administratively close the action, the parties would be required to file a Joint Report every six (6) months while they litigate the rescission claim.

The parties' responses to this Order to Show Cause shall be filed by no later than May 19, 2025. In the alternative, a Stipulation between the parties staying or administratively closing the action would be deemed a sufficient response to the Order to Show Cause.

IT IS SO ORDERED.