Frank Seddigh (SBN 289846)
fs@sedbetter.com
Alicia M. Veglia (SBN 291070)
av@sedbetter.com
SEDDIGH ARBETTER LLP
626 Wilshire Blvd., Ste. 410
Los Angeles, CA 90017
Tel (213) 816-0008
Fax (213) 816-0009

*Attorneys for Plaintiffs*
*William Frederick Durst; Limp Bizkit;*
*Flawless Records, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FREDERICK DURST, an individual; LIMP BIZKIT; FLAWLESS RECORDS, LLC, a California limited liability company; <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:24-cv-08630-PA-AJR <br><br> Hon. Percy Anderson <br><br> **JOINT STIPULATION RE STAY OF PROCEEDINGS PENDING STATE ACTION** <br><br> **Filed Concurrently: [PROPOSED] ORDER** |

- 1 -

JOINT STIPULATION RE STAY OF PROCEEDINGS PENDING STATE ACTION

1  |  Pursuant to Local Rule 7-1, Plaintiffs WILLIAM FREDERICK DURST, LIMP BIZKIT, and FLAWLESS RECORDS, LLC (collectively, "Plaintiffs") and Defendant UNIVERSAL MUSIC GROUP, INC. ("Defendant", and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby STIPULATE and AGREE, subject to this Court's approval, as follows:

WHEREAS, on February 3, 2025, Plaintiffs filed a First Amended Complaint ("FAC") in this action, which included two federal copyright claims (the "Copyright Claims"), and fourteen state law claims (the "State Law Claims"), including a state law claim for rescission of certain agreements between Plaintiffs and Defendant (the "Rescission Claim");

WHEREAS, on February 18, 2025, Defendant filed a motion to dismiss the FAC;

WHEREAS, on March 18, 2025, the Court in this action issued an order denying Defendant's motion to dismiss the Copyright Claims and declining to exercise supplemental jurisdiction over the State Law Claims, including the Rescission Claim, and therefore denying as moot Defendant's motion to dismiss concerning those claims;

WHEREAS, in light of the Court's March 18, 2025 Order, Plaintiffs refiled their fourteen state law claims, including the Rescission Claim, in Superior Court of the State of California, Los Angeles County, Case Number Case No. 25STCV08378 (the "State Action");

WHEREAS, Plaintiffs' Copyright Claims depend in the first instance upon the adjudication of the Rescission Claim, which is currently being litigated separately in the State Action;

WHEREAS, on May 13, 2025, the Court in this action ordered the Parties to show cause as to why this action should not be stayed or administratively closed pending the resolution of the Rescission Claim; and

WHEREAS, because the Parties are litigating the Rescission Claim separately in state court, and the Copyright Claims depend in the first instance upon the outcome of

the adjudication of the Rescission Claim, the Parties have agreed, in the interests of judicial economy, to stay this action until the Rescission Claim has been adjudicated as set forth in this Stipulation, subject to the Court's approval.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. <u>Stay Pending Resolution of the Rescission Claim:</u>  In light of the foregoing recitals, the Parties hereby agree that this action should be stayed for all purposes pending the final resolution of the Rescission Claim at the trial court level. At such time as Plaintiffs' Rescission Claim is wholly resolved at the state trial court level, as reflected in one or more judgments entered by a court or courts exercising jurisdiction over such claim (in whole or in part), then the stay entered in this action shall be automatically lifted upon Plaintiffs filing a notice of such outcome with this Court, and, at such time, the Court shall promptly set a new date for the Initial Scheduling Conference (without prejudice to either party seeking, by noticed motion, a further stay of proceedings in this action). For the avoidance of doubt, any appeal filed by Defendant relating to any judgment with respect to the Rescission Claim (or any other claims in the State Action) shall not independently operate to extend the stay of this action that is entered pursuant to this Stipulation, and any request for a stay based upon any such appeal shall require a noticed motion.

2. <u>Court Approval Required</u>:  This Stipulation only becomes effective upon approval by this Court.  Nothing in this Stipulation, whether approved in whole or in part, shall limit this Court's power and authority to make orders concerning the matters set forth therein.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Date: May 19, 2025 | | **SEDDIGH ARBETTER LLP** |
| | | By: */s Alicia M. Veglia* |
| | | Alicia M. Veglia |
| | | Attorney for Plaintiffs |
| | | William Frederick Durst; Limp Bizkit; and Flawless Records, LLC |
| Date: May 19, 2025 | | **SIDLEY AUSTIN LLP** |
| | | By: */s Rollin A. Ransom* |
| | | Rollin A. Ransom |
| | | Attorney for Defendant |
| | | Universal Music Group, Inc. |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.