Frank Seddigh (SBN 289846)
fs@sedbetter.com
Alicia M. Veglia (SBN 291070)
av@sedbetter.com
SEDDIGH ARBETTER LLP
626 Wilshire Blvd., Ste. 410
Los Angeles, CA 90017
Tel (213) 816-0008
Fax (213) 816-0009

*Attorneys for Plaintiffs*
*William Fredrick Durst; Limp Bizkit;*
*Flawless Records, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FREDERICK DURST, an individual; LIMP BIZKIT; FLAWLESS RECORDS, LLC, a California limited liability company;<br><br>      Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-08630-PA-AJR<br><br>Hon. Percy Anderson<br><br>**JOINT STATUS REPORT** |

- 1 -

Pursuant to the Court's Civil Minutes – General Order dated May 20, 2025 (Dkt. 47), Plaintiffs William Frederick Durst, Limp Bizkit, Flawless Records, LLC ("Plaintiffs") and Defendant Universal Music Group, Inc. ("Defendant") hereby provide the following Joint Status Report:

On March 24, 2025, Plaintiffs refiled their fourteen state law claims in the Superior Court of the State of California, Los Angeles County, Case Number 25STCV08378 (the "State Action").

On April 24, 2025, Defendant filed a Motion to Dismiss or Stay Proceedings for Claims Arising Under the Flip Agreement Based on Forum Selection Clause (the "Motion") in the State Action.

On August 11, 2025, the Court issued an order granting the Motion in part, ordering the parties to proceed before a New York trial court on the Flip Agreement and amendment claims, staying the State Action, denying as premature the motion to dismiss, and setting an Order to Show Cause Re: Status of New York Action for March 11, 2026.

On October 9, 2025, Plaintiffs filed a Notice of Appeal in connection with the ruling on the Motion in the State Action. *William Fredrick Durst, et al., Plaintiffs and Appellants v. Universal Music Group, Inc., Defendant and Respondent* is presently pending in the Court of Appeal, Second Appellate District, Case Number B350216 (the "Appeal").

On February 11, 2026, Plaintiffs filed their opening brief in the Appeal.

On March 3, 2026, the Court in the State Action continued the Order to Show Cause Re: Status of New York Action to April 15, 2026.

On April 15, 2026, the Court discharged the Order to Show Cause Re: Status of New York Action and set an Order to Show Cause Re: Status of Appeal for April 21, 2027.

On May 22, 2026, the Court of Appeal issued a notice pursuant to Rule 8.220, stating that Defendant may file its responsive brief within the 15-day grace period, or by June 8, 2026.

- 2 -

JOINT STATUS REPORT

Date:  June 1, 2026                    **SEDDIGH ARBETTER LLP**


                                        By: */s Alicia M. Veglia*
                                            Alicia M. Veglia
                                            Attorney for Plaintiffs
                                            William Frederick Durst; Limp Bizkit;
                                            and Flawless Records, LLC


Date:  June 1, 2026                    **SIDLEY AUSTIN LLP**


                                        By: */s Rollin A. Ransom*
                                            Rollin A. Ransom
                                            Attorney for Defendant
                                            Universal Music Group, Inc.


     Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

- 3 -

JOINT STATUS REPORT